FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN,<br>Plaintiff,<br>-vs-<br>VALOR LAW GROUP PS and MAVERICK HOLDINGS, LLC,<br>Defendants. | No. 2:21-CV-00189-JAG<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Pending before the Court is the parties Stipulation and Motion for Dismissal Without Prejudice. ECF No. 30. Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims by and between Plaintiff and Defendants in the above entitled action are hereby **dismissed without prejudice** and without an award of costs or attorneys' fees to any Party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED October 28, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE